THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, Appellant, v. NATHAN KALVIN, Respondent. (Action No. 1, No. 20 W. 49th St.)†— Judgment and order affirmed, with costs, on the opinion of Levy, J., at Special

* Revd., 250 N. Y. 630.    † Revd., 250 N. Y. 469.

Term. [Reported in 132 Misc. 601.] Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, Appellant, v. NATHAN KALVIN, Respondent.* (Action No. 2, No. 25 W. 50th St.) — Judgment and order affirmed, with costs, on the opinion of Levy, J., at Special Term. [Reported in 132 Misc. 601.] Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.